UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
ABBY GROSSBERG,

                Plaintiff,

  - against -

FOX CORPORATION, FOX NEWS
NETWORK, LLC, JERRY ANDREWS,
TUCKER CARLSON, DAVID CLARK,
THOMAS FOX, RALPH GIORDANO,
ALEXANDER MCCASKILL, JUSTIN
WELLS, AND LESLEY WEST,

                Defendants.
--------------------------------------X

Case No. 1:23-cv-02368

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Tanvir H. Rahman of Filippatos PLLC hereby enters his appearance as counsel on behalf of Plaintiff in the above-captioned matter. Mr. Rahman is admitted to practice in this Court.

Dated: White Plains, New York
       March 21, 2023

                                        **FILIPPATOS PLLC**
                                        *Attorneys for Plaintiff*
                                        199 Main Street, Suite 800
                                        White Plains, NY 10601
                                        Tel. /Fax: (914) 984-1111

                                        */s/ Tanvir H. Rahman*
                                        Tanvir H. Rahman
                                        TRahman@Filippatoslaw.com