UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBY GROSSBERG,<br><br>       *Plaintiff,*<br><br> v.<br><br>FOX CORPORATION, FOX NEWS NETWORK, LLC, JERRY ANDREWS, TUCKER CARLSON, DAVID CLARK, THOMAS FOX, RALPH GIORDANO, ALEXANDER MCCASKILL, JUSTIN WELLS, and LESLEY WEST,<br><br>       *Defendants*. | Civil Action No. 1:23-cv-02368-JMF<br><br>**NOTICE OF APPEARANCE OF PAUL C. EVANS** |

TO: The Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Fox Corporation and Fox News Network, LLC.

Dated: March 22, 2023   Respectfully submitted,
     New York, New York

              By: */s/ Paul C. Evans*
                BAKER & MCKENZIE LLP
                452 Fifth Avenue
                New York, New York 10018
                Telephone: (212) 626-4336
                paul.evans@bakermckenzie.com

                *Attorneys for Defendants Fox Corporation*
                *and Fox News Network, LLC*