**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABBY GROSSBERG,<br><br>                *Plaintiff,*<br><br>   v.<br><br>FOX CORPORATION, FOX NEWS NETWORK, LLC, JERRY ANDREWS, TUCKER CARLSON, DAVID CLARK, THOMAS FOX, RALPH GIORDANO, ALEXANDER MCCASKILL, JUSTIN WELLS, and LESLEY WEST,<br><br>                *Defendants*. | Civil Action No. 1:23-cv-02368-JMF<br><br>**NOTICE OF APPEARANCE OF KRISSY A. KATZENSTEIN** |

TO: The Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Fox Corporation and Fox News Network, LLC.

Dated:    March 22, 2023　　　　　　Respectfully submitted,
              New York, New York

                                                    By: */s/ Krissy A. Katzenstein*
                                                       BAKER & MCKENZIE LLP
                                                       452 Fifth Avenue
                                                       New York, New York 10018
                                                       Telephone: (212) 626-4336
                                                       krissy.katzenstein@bakermckenzie.com

                                                       *Attorneys for Defendants Fox Corporation*
                                                       *and Fox News Network, LLC*