UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBY GROSSBERG,<br><br>                *Plaintiff,*<br><br>   v.<br><br>FOX CORPORATION, FOX NEWS NETWORK, LLC, JERRY ANDREWS, TUCKER CARLSON, DAVID CLARK, THOMAS FOX, RALPH GIORDANO, ALEXANDER MCCASKILL, JUSTIN WELLS, and LESLEY WEST,<br><br>                *Defendants.* | Civil Action No.  1:23-cv-02368-JMF<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Fox Corporation and Fox News Network, LLC, by and through their undersigned counsel, provide the following corporate disclosure statement:  Fox Corporation is a publicly held corporation and indirectly owns 100% of Fox News Network, LLC.  To Defendants' knowledge, no other publicly held corporation owns 10% or more of the equity of Fox Corporation.

Dated:      March 22, 2023　　　　　　Respectfully submitted,
               New York, New York

                                                  By: */s/ Krissy A. Katzenstein*
                                                     BAKER & MCKENZIE LLP
                                                     452 Fifth Avenue
                                                     New York, New York 10018
                                                     Telephone: (212) 626-4336
                                                     krissy.katzenstein@bakermckenzie.com

                                                     *Attorneys for Defendants Fox Corporation*
                                                     *and Fox News Network, LLC*