UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABBY GROSSBERG,

                *Plaintiff*,

   v.

FOX CORPORATION, FOX NEWS NETWORK, LLC, JERRY ANDREWS, TUCKER CARLSON, DAVID CLARK, THOMAS FOX, RALPH GIORDANO, ALEXANDER MCCASKILL, JUSTIN WELLS, and LESLEY WEST,

                *Defendants*.

Civil Action No. 1:23-cv-02368

---

## DECLARATION OF KRISSY KATZENSTEIN IN SUPPORT OF DEFENDANT FOX NEWS NETWORK, LLC'S EMERGENCY MOTION TO SEAL

I, Krissy A. Katzenstein, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Baker & McKenzie LLP and counsel for Defendant Fox News Network, LLC ("Fox News") in the above matter. I am fully acquainted with the facts of this matter.

2. Attached hereto as **Exhibit 1**, is a true and correct copy of the Affidavit of Paul Salvaty in Support of Emergency Application For TRO and Preliminary Injunction that Fox News filed in the Supreme Court of the State of New York State.

3. Attached hereto as **Exhibit 2**, is a true and correct copy of the Affirmation of Krissy Katzenstein in Support of Emergency Application For TRO and Preliminary Injunction that Fox News filed in the Supreme Court of the State of New York State.

Executed:  March 22, 2023
         New York, New York

_____
Krissy Katzenstein
