UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ABBY GROSSBERG, :
:
Plaintiff, :
: 23-CV-2368 (JMF)
-v- :
: ORDER
FOX CORPORATION, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 27, 2023, Plaintiff filed an Amended Complaint. *See* ECF No. 12. In doing so, however, she failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiff shall file a redline no later than **March 29, 2023.**

SO ORDERED.

Dated: March 28, 2023
New York, New York
                                    _____
                                    JESSE M. FURMAN
                                    United States District Judge