Explore

Settings

**Josh Barro** @jbarro · Mar 21
Is there a link to the actual text of the lawsuits Abby Grossberg filed against Fox?

## Tweet

**Alkali @alkali19@mstdn.social**
@alkali19

Replying to @jbarro

The federal one is here

courtlistener.com
Complaint – #1 in Grossberg v. FOX Corporation (S.D.N.Y., 1:23-cv-02368) – C...
COMPLAINT against Jerry Andrews, Tucker Carlson, David Clark, FOX Corporation, Fox News Network LLC, Ralph Giordano, Alexander McCaskill, ...

9:33 AM · Mar 21, 2023 · 674 Views

**Josh Barro** @jbarro · Mar 21
Replying to @alkali19
Thank you!

1 498

Cited in Grossberg v Fox
23CV2368 Decided 3/23/23
Archived on 3/29/23
This document is protected by copyright.
Further reproduction is prohibited without permission.

Search Twitter

## New to Twitter?

Sign up now to get your own pers

Sign up with G

Sign up with A

Create accou

By signing up, you agree to the T Privacy Policy, including Cookie U

## Relevant people

**Alkali @alkali19@**
@alkali19
No point in pretend pretty much all enc @alkali19@mstdn.s

**Josh Barro**
@jbarro
I write a newsletter joshbarro.com), I h Serious podcast, & serioustrouble.sho Email josh at joshb

## What's happening

NHL · Last night
**Lightning at Hurricanes**

Fashion & beauty · Trending
**Kate Spade**
2,975 Tweets

Entertainment · Trending
**Paul O'Grady**
110K Tweets

Politics · Trending
**#SupremeCourt**
39.7K Tweets

Only on Twitter · Trending
**Hump Day**
19.2K Tweets

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in S





Cited in Grossberg v Fox
23CV2368 Decided 3/23/23

Archived on 3/29/23

This document is protected by copyright.
Further reproduction is prohibited without permission.

Explore

Settings

**Don't miss what's happening**
People on Twitter are the first to know.

Log in