

**FILIPPATOS PLLC**
Employment Law, Litigation & ADR

Parisis G. Filippatos　　　　　　　　　　　　　　　　　　　　　　　Phone/Fax: 914-984-1111 Ext. 505
Admitted in NY & NJ　　　　　　199 Main Street, Suite 800　　　　　Trahaman@filippatoslaw.com
　　　　　　　　　　　　　　　　White Plains, NY 10601
　　　　　　　　　　　filippatoslaw.com ♦ bestworkplacelawyers.com

May 1, 2023

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:　*Abby Grossberg v. Fox Corporation, et. al.*
　　　Civil Action No. 23-cv-02368 (JMF)

Dear Judge Furman:

We represent Plaintiff in the above-referenced matter and write in response to your Honor's March 22, 2023, Notice of Initial Pre-trial Conference and Order, in which you directed counsel who have entered a notice of appearance to: "(1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court."

On March 22, 2023, Paul Evans, Esq. and Krissy Katzenstein, Esq. of Baker McKenzie LLP, entered their respective appearances as counsel for Defendants' Fox Corporation and Fox News Network, LLC. On April 10, 2023, Mr. Evans confirmed via email he and Ms. Katzenstein will also be representing Defendants Andrews, Carlson, Fox, Giordano, McCaskill, Well and West, however they have not yet entered appearances. On April 27, 2023, Marjorie Berman, Esq. of Krantz Berman LLP entered an appearance for Defendant David Clark.

As such, in accordance with your Honor's Order, our firm has emailed Mr. Evans and Ms. Berman copies of (i) your Honor's March 22, 2023, Order, and (ii) the Court's Individual Rules and Practices. This letter, along with the accompanying emails, shall serve as proof of such notice.

Respectfully submitted,

Parisis G. Filippatos, Esq.

cc:　　All Counsel of Record (*via* ECF)