# Kimberly A Catala

| | |
|---|---|
| **From:** | Kimberly A Catala |
| **Sent:** | Monday, May 1, 2023 1:17 PM |
| **To:** | Evans, Paul; Katzenstein, Krissy; Marjorie Berman |
| **Cc:** | Gerry Filippatos; Tanvir Rahman |
| **Subject:** | Compliance with Judge Furman's March 22, 2023 Order - Abby Grossberg v. Fox Corporation et. al., Case No.: 1:23-cv-02368 (JMF) |
| **Attachments:** | Dkt. 004 - Notice of Initial Pretrial Conference.pdf; JMF Furman Civil Individual Practices 8.31.22.pdf; JMF Furman Individual Practices for Hearings and Trials Rev. 8.31.2022.pdf |

Good afternoon Ms. Berman and Mr. Evans and Ms. Katzenstein,

I write on behalf of Parisis G. Filippatos and Tanvir H. Rahman, attorneys for Ms. Grossberg. Since you have entered appearances as counsel for the named Defendants in the matter of Abby Grossberg v. Fox Corporation, et. al, Case No.: 1:23-cv-02368 (JMF), attached please find copies of Judge Furman's Notice of Initial Pre-Trial Conference (scheduled for June 15, 2023 at 9:00am), as well as Judge Furman's Individual Rules and Practices, per his Order issued on March 22, 2023. Please let me know if you have any questions.

All the best,

**Kimberly A. Catala**
*Associate*
Pronouns: she/her/hers

**Filippatos PLLC**
199 Main Street, Suite 800
White Plains, NY 10601
Phone/Fax: (914) 984-1111, ext. 508
Email: kcatala@filippatoslaw.com
www.filippatoslaw.com
www.bestworkplacelawyers.com








Please consider the environment before printing this e-mail.

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.