AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Abby Grossberg | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-CV-2368 (JMF) |
| Fox Corporation et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant David Clark            .

Date:   05/12/2023

*[signature]*
*Attorney's signature*

Hugh Sandler
*Printed name and bar number*

Krantz & Berman LLP
747 Third Avenue, 32nd FLoor
New York, NY 10017
*Address*

hsandler@krantzberman.com
*E-mail address*

(212) 661-0009
*Telephone number*

(212) 355-5009
*FAX number*