

**Baker & McKenzie LLP**
452 Fifth Avenue
New York, NY 10018
Tel: +1 212 626 4339
Fax: +1 212 310 1870
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with Trench, Rossi e Watanabe Advogados

May 12, 2023

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *Abby Grossberg v. Fox Corporation, et. al.*
     Civil Action No. 23-cv-02368 (JMF)

Dear Judge Furman,

We write in response to the May 9, 2023 letter from counsel for Plaintiff Abby Grossberg [DKT #32] and the Court's May 10, 2023 Order [DKT #33] seeking our position regarding the issues raised therein.

Baker McKenzie has not entered an appearance on behalf of Mr. Carlson on this Court's docket. Mr. Carlson will be represented by separate counsel in this matter, who will enter an appearance reflecting as much. As Baker McKenzie will not be representing Mr. Carlson in this case, the issues raised in Plaintiff's counsel's May 9, 2023 letter (which we do not concede have merit) are moot. Accordingly, we do not believe it is necessary for the Court to hold a status conference on this issue.

Respectfully,

Paul C Evans
Partner
+1 212 626 4336
Paul.Evans@bakermckenzie.com

CC:  All Counsel of Record (via ECF)

Baker & McKenzie LLP is a member of Baker & McKenzie International.