# EXHIBIT A

**To:** Gerry Filippatos
**Subject:** RE: Grossberg v. Fox News (SDNY)

**From:** Evans, Paul <Paul.Evans@bakermckenzie.com>
**Sent:** Monday, April 10, 2023 6:47 PM
**To:** Mark Dumas <Mdumas@filippatoslaw.com>; Gerry Filippatos <pgf@filippatoslaw.com>; Katzenstein, Krissy <Krissy.Katzenstein@bakermckenzie.com>; Marjorie Berman <mberman@krantzberman.com>
**Subject:** Grossberg v. Fox News (SDNY)

Gerry and Mark,

As we advised you previously, we represent Fox Corporation and Fox News Network, LLC in the above matter. We can now confirm that we will also be representing Defendants Andrews, Carlson, Fox, Giordano, McCaskill, Well and West. We write to advise you that we are willing to execute a waiver of service pursuant to Rule 4(d) on behalf of all of our clients. Assuming you agree, please send the necessary form requests for our signatures.

Also, copied is Margie Berman. It is our understanding that she will be representing Defendant Clark and is also amenable to executing a waiver of service.

Best,

**Paul Evans**
Employment & Compensation Law
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
United States
Direct: +1 212.626.4336
Fax: +1 212.310.1600
Cell: +1 215.284.9113
paul.evans@bakermckenzie.com

Admitted in New York, Pennsylvania and New Jersey

**THE ONLY CHAMBERS RANKED**
**BAND 1 FIRM**
**GLOBAL EMPLOYMENT**



bakermckenzie.com | Facebook | LinkedIn | Twitter

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

1