

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Munich
Paris
Prague
Riyadh*
Rome
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Washington, DC

* Associated Firm
** In cooperation with Trench, Rossi e Watanabe Advogados

May 26, 2023

**VIA EMAIL**

The Honorable Jesse M. Furman
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Abby Grossberg v. Fox Corporation, et. al.*
         Civil Action No. 23-cv-02368 (JMF)

Dear Judge Furman,

Fox News Network, LLC and Fox Corporation (collectively, "Fox") write to request a 45-day extension of the deadline for all defendants' responsive pleadings, moving the deadline from June 12, 2023 to July 27, 2023.  No defendant has previously requested an extension of this deadline, and Plaintiff Abby Grossberg does not oppose the extension.

If the Court grants Fox's request, Fox and Ms. Grossberg would jointly request that the Court also adjourn the June 15, 2023 initial pretrial conference (and related case management plan deadline) and reschedule it at the Court's convenience for a date following the July 27, 2023 responsive pleading deadline.

Thank you for your consideration.

Respectfully Submitted,

Paul C Evans
Partner
+1 212 626 4336
Paul.Evans@bakermckenzie.com

Application GRANTED.  The initial pretrial conference is hereby RESCHEDULED to **August 3, 2023, at 9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

May 30, 2023

Baker & McKenzie LLP is a member of Baker & McKenzie International.