UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ABBY GROSSBERG,

            Plaintiff,

  - against -

FOX CORPORATION, FOX NEWS NETWORK, LLC,
JERRY ANDREWS, TUCKER CARLSON,
DAVID CLARK, THOMAS FOX,
RALPH GIORDANO, ALEXANDER MCCASKILL,
JUSTIN WELLS, and LESLEY WEST,

            Defendants.
-------------------------------------------------------------------X

Case No.: 1:23-cv-02368-JMF

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Abby Grossberg hereby voluntarily dismisses the instant action, with prejudice.

Dated: White Plains, New York
       June 30, 2023

_____
Parisis G. Filippatos
Tanvir H. Rahman
**FILIPPATOS PLLC**
Attorneys for Plaintiff
199 Main Street, Suite 800
White Plains, NY 10601
Tel: 914-984-1111
Fax: 914-984-1111
trahman@filippatoslaw.com